Belinda Ann STEVENSON, filed as Queen Belinda Ann Stevenson, Miss Universe, Appellant,

Children's Ministries, Petitioner,

v.

Cynthia Helmers KEMP, Miss Sibley, Iowa; Susan, Miss Iowa–Sioux City; Jacqueline Jorgenson, Miss Iowa–Carroll; Julie Richardson, Miss Minnesota–Minneapolis; Ann Stevenson Ferguson, France and New York; Justin Hayward, London, England and New York; Lawrence Vernon; Marcia Zach; City of Sheldon, IA; City of Sibley, IA; City of Sioux City, IA; Diana Spence, Princess, London, England; Leonardo DiCaprio, New York; Iowa 1998 Governor Candidates; 1996 Presidential Election Nominees; Donald Trump Incorporate; Pageant Candidates, New York; Shawntel Smith, also known as Susan Smith; Unknown Respondents; Deborah Schuster, Miss Iowa–Des Moines, Appellees.

No. 00–3007.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2001.

Decided March 20, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Belinda Ann Stevenson appeals following the district court's[1] June 15, 2000 de-

1. The HONORABLE CHARLES R. WOLLE, United States District Judge for the Southern District of Iowa.

nial of her motion to reopen her case. Having carefully reviewed the record and Stevenson's submissions, we conclude the district court did not abuse its discretion in denying the motion. *See* Fed.R.Civ.P. 60(b); *Sanders v. Clemco Indus.*, 862 F.2d 161, 169 & n. 14 (8th Cir.1988). Accordingly, we affirm. *See* 8th Cir. R. 47B.